## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RANDALL T. MCARTY,  PLAINTIFF
ADC #101565

v.  No. 5:14CV00037-JLH-JTK

STATE OF ARKANSAS, et al.  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants State of Arkansas, Arkansas Department of Correction, Owens, Cook, and Jenkins are DISMISSED from this action, with prejudice, for failure to state a claim upon which relief may be granted.

2. Plaintiff's allegations of ADC policy violations are DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 23rd day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE