IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDALL T. MCARTY,                                                                                   PLAINTIFF
ADC #101565

v.                                          No. 5:14CV00037-JLH-JTK

RAY HOBBS, et al.                                                                                     DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' motion for summary judgment is GRANTED. Document #50.

2. Plaintiff's complaint against defendant Callaway is DISMISSED without prejudice, for failure to exhaust administrative remedies.

3. Plaintiff's complaint against the remaining defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 29th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE