IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RANDALL T. MCARTY,                                                                                       PLAINTIFF
ADC #101565

v.                                         No. 5:14CV00037-JLH-JTK

RAY HOBBS, et al.                                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 29th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE